USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS PRIMO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BENIHANA NATIONAL CORP., HARU HOLDING CORP., HARU GRAMERCY PARK CORP., and HARU THIRD AVE. CORP.<br><br>Defendants. | Case No: 17 Civ. 09589 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), file this Notice of Voluntary Dismissal without Prejudice and state as follows:

1. Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntarily dismiss an action without leave of Court prior to the filing of an answer or a motion for summary judgment.

2. Here, Defendants have not filed an answer to the Complaint and have not made any motion for summary judgment.

WHEREFORE, Plaintiffs respectfully ask the Court to dismiss the above action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   New York, New York
         January 29, 2018

SO ORDERED this __29__ day of
_____January_____, 2018

Respectfully submitted,

/s/ Brian Schaffer
Brian S. Schaffer
**FITAPELLI & SCHAFFER, LLP**
28 Liberty 30th Floor
New York, NY 10016

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE